UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

SILVERIO GONZALEZ MENDIOLA,

Petitioner,

v.

F. SEMAIA, et al.,

Respondents.

Case No. 5:26-cv-05059-SVW-JDE

ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus (Dkt. 1, "Petition"); the Answer (Dkt. 10); the Reply (Dkt. 12); the Report and Recommendation of the magistrate judge (Dkt. 15, "Report"); and Petitioner's Ex Parte Motion for Temporary Restraining Order (Dkt. 16, "Motion"). As no party filed a timely objection to the Report; the Court accepts its findings and recommendation.

IT IS THEREFORE ORDERED that (1) the Motion (Dkt. 16) is DENIED as moot; and (2) Judgment shall be entered dismissing the action with prejudice as to Counts I and II and without prejudice as to Count III.

Dated: October 29, 2026____

______________________________
STEPHEN V. WILSON
United States District Judge