UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| SILVERIO GONZALEZ MENDIOLA,<br>Petitioner,<br>v.<br>F. SEMAIA, et al.,<br>Respondents. | Case No. 5:26-cv-05059-SVW-JDE<br><br>JUDGMENT |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that the action is dismissed with prejudice as to Counts I and II and without prejudice as to Count III in the operative Petition.

Dated: October 29, 2026

STEPHEN V. WILSON
United States District Judge